**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| ANTHONY CAIRNS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:19-cv-00304-M |
| COFFEE HOUSE CAFI MANAGEMENT, LLC, | § | |
| and FONBERG REAL ESTATE | § | |
| INVESTMENTS, LTD., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice [ECF No. 9]. Because the Joint Stipulation suggests an order from the Court, it is interpreted as a joint motion and is **GRANTED**. **IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party will bear their own fees and costs.

**SO ORDERED**.

March 11, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE